

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE XPO LOGISTICS FREIGHT, INC. AND SERGIO CALDERA, | § | No. 08-25-00184-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th Judicial District Court of El Paso County, Texas and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 17th day of July 2025.


LISA J. SOTO, Justice


Before Rodriguez, C. J.(Senior Judge), Palafox and Soto, JJ.
Rodriguez, C.J. (Ret.), sitting by assignment